DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SOFIA MATOS,

Appellant,

v.

TAMPA BAY VOLLEYBALL ACADEMY, LLC,

Appellee.

No. 2D23-448

_____

December 6, 2023

Appeal from the County Court for Hillsborough County; James S. Giardina, Judge.

Judith S. Lambert and Eric W. Smith of Lambert Law Offices, PL, Brandon, for Appellant.

Daniel P. Dietrich and John A. Schifino of Gunster, Yoakley & Stewart, P.A., Tampa, for Appellee.

PER CURIAM.

   Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.